THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEPOL INGBER, Respondent, against J. VERNEL JACKSON, as Warden of Clinton Prison, Appellant.— Appeal dismissed upon the ground that the record before us indicates that the notice of appeal was not timely filed. Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ., concur.